IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS AMPARAN RODRIGUEZ,

      Petitioner,                      No. 2:12-cv-2260 GGH P

     vs.

C. GIPSON, Warden,

      Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Before the court is respondent's motion to dismiss, filed November 16, 2012. Petitioner has not filed an opposition; however, the proof of service for the motion indicates that it was served on petitioner at High Desert State Prison, while petitioner's address of record is California State Prison, Corcoran.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within seven days of this order, respondent shall file a proof of service indicating proper service of the motion on petitioner at his address of record.

\\\\\

\\\\\

1

1     2. Petitioner shall file an opposition to the motion to dismiss within twenty-eight (28) days after being served with the motion.

DATED: January 10, 2013

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

GGH:076
rodr2260.svc