1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LUIS AMPARAN RODRIGUEZ,

11              Petitioner,              No. 2:12-cv-2260 GGH P

12       vs.

13  C. GIPSON, Warden,

14              Respondent.              ORDER TO SHOW CAUSE

15  _____/

16              Petitioner is a state prisoner proceeding pro se with a petition pursuant to 28

17  U.S.C. Section 2254.  On November 16, 2012, respondent filed a motion to dismiss.  After

18  receiving no opposition, the court ordered respondent to re-serve petitioner with the motion at his

19  proper address of record.  On January 10, 2013, respondent filed a declaration of service.

20  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure

21  of the responding party to file written opposition or to file a statement of no opposition may be

22  deemed a waiver of any opposition to the granting of the motion . . . ."

23              Good cause appearing, IT IS HEREBY ORDERED that:

24              1.  The Clerk shall assign a district judge to this case; and

25              2.  Petitioner shall show cause, within thirty days, why his failure to oppose

26  respondent's November 16, 2012 motion to dismiss should not be deemed a waiver of any

1

opposition to the granting of the motion, and he shall file an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

DATED: March 6, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Rodr2260.46.osc.wpd