1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DAVID M. PORTER, #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   LUIS AMPARAN RODRIGUEZ

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS AMPARAN RODRIGUEZ, | ) | NO. 2:12-cv-02260 TLN GGH |
| | ) | |
| Petitioner, | ) | REQUEST FOR SUBTITUTION OF COUNSEL; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| C. GIPSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, LUIS AMPARAN RODRIGUEZ, hereby moves this Court for an order substituting William Arzbaecher, Attorney at Law, 2407 J Street, Suite 301, Sacramento, CA 95816, telephone (916) 441-3792; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Arzbaecher has agreed to represent the Petitioner.

///
///
///
///
///
///

Substitution of Counsel                          -1-

Mr. Arzbaecher is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated:     November 7, 2013

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender
    Attorneys for Petitioner
    LUIS AMPARAN RODRIGUEZ

Dated:     November 7, 2013

    */s/ William Arzbaecher*
    WILLIAM ARZBAECHER

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that William Arzbaecher, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated:  November 12, 2013

    /s/ Gregory G. Hollows
    Honorable Gregory G. Hollows
    United States Magistrate Judge

Rodr2260.sub

Substitution of Counsel    -2-