UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AMPARAN RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>C. GIPSON, Warden,<br><br>Respondent. | No. 2:12-cv-2260 TLN GGH P<br><br><br><br>ORDER |

Pending before the court are petitioner's motion to delete the fourth claim as unexhausted, motion for liberal construction and interpretation of petitioner's filings, and motion for stay and abeyance, all filed July 17, 2013. (ECF Nos. 17, 18 19.) Since petitioner has recently been appointed counsel and an amended petition has been ordered to be filed, these pending filings may be rendered inoperative. Therefore, they will be vacated without prejudice to their refiling after petitioner has consulted with his counsel.

Accordingly, IT IS ORDERED that: Petitioner's motions, filed July 17, 2013, (ECF Nos. 17, 18, 19), are vacated without prejudice to their renewal as appropriate.

Dated: November 15, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Rodr2260.vac

1