UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AMPARAN RODRIGUEZ, | No. 2:12-cv-2260 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

On May 9, 2016, respondent filed an amended answer, but did not lodge the state court record until September 15, 2016, after a telephone request from the undersigned's chambers. It has now come to the court's attention that pages are missing from the transcript, specifically pages 277-290 of the Clerk's Transcript. Pursuant to a telephone request from chambers on October 18, 2016, respondent's counsel indicated that the Attorney General was also missing these pages and would be requesting them from the state court.

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, "respondent must attach to the answer parts of the transcript that the respondent considers relevant."

Accordingly, IT IS ORDERED that:

(1) within **seven** days of this order, respondent shall lodge the missing pages of the state court record or file a status report as to the expected date of lodging these pages and efforts made to secure them.

(2) Should petitioner's record contain the identified pages, petitioner shall lodge the same no later than **seven** days from the filed date of this order.

Dated: November 1, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Rodr2260.recs