IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AMPARAN RODRIGUEZ, <br><br>        Plaintiff, <br><br> vs. <br><br> D. DAVEY, Warden, <br><br>        Defendant. | No.: 2:12-cv-2260 TLN GGH P <br><br> Order Granting Application for Second Extension of Time to File Reply to Respondent's Objections to Magistrate Judge's Findings and Recommendations |

Good cause appearing, and there being no opposition, the time for filing Petitioner's Application for a Second Extension of Time to file a Reply to Respondent's Objections to Magistrate Judge's Findings and Recommendations is extended to and including, March 31, 2017.

No further extensions.
**IT IS SO ORDERED**.

Dated: March 23, 2017

                                             /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE